UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES F. RATHBUN, | ) | No. CV 00-12063-CBM (VBK) |
| Petitioner, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| CAL TERHUNE, | ) ) | FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS |
| Respondent. | ) | |

Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the Amended Petition for Writ of Habeas Corpus ("Amended Petition"), Respondent's Return, Petitioner's Traverse, First Amended Petition, Supplemental Return, Supplemental Traverse, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the First Amended Petition and the entire action with prejudice.

DATED: 3/17/09

CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE