UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES F. RATHBUN, | ) | No. CV 00-12063-CBM (VBK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| CAL TERHUNE, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the First Amended Petition for Writ of Habeas Corpus ("First Amended Petition") with prejudice,

**IT IS ADJUDGED** that the First Amended Petition is dismissed with prejudice.

DATED: 3/17/09

CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE